# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| ROY COCKRUM, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP FOR PRESIDENT, INC., <br><br> *Defendant*. | Case No. 3:18-cv-484-HEH |

## DEFENDANT DONALD J. TRUMP FOR PRESIDENT, INC.'S
## MOTION TO DISMISS THE AMENDED COMPLAINT

Jeffrey Baltruzak
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
(412) 391-3939
jbaltruzak@jonesday.com

Michael A. Carvin
Nikki L. McArthur
Vivek Suri
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
macarvin@jonesday.com
nmcarthur@jonesday.com
vsuri@jonesday.com

*Counsel for Donald J. Trump for President, Inc.*

In accordance with Federal Rule of Civil Procedure 12(b)(6), Defendant Donald J. Trump for President, Inc. respectfully moves that the Court dismiss all claims with prejudice for failure to state a claim upon which relief can be granted.

Dated:   October 8, 2018

Jeffrey Baltruzak*
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
(412) 391-3939
jbaltruzak@jonesday.com

Respectfully submitted,

/s/ Nikki L. McArthur
Michael A. Carvin*
Nikki L. McArthur (Virginia Bar No. 84174)
Vivek Suri*
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
macarvin@jonesday.com
nmcarthur@jonesday.com
vsuri@jonesday.com

*Pro hac vice*

*Counsel for Donald J. Trump for President, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated:   October 8, 2018                              /s/ Nikki L. McArthur
                                                     Nikki L. McArthur
                                                     *Counsel for Donald J. Trump for President, Inc.*