IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROY COCKRUM, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP FOR PRESIDENT, INC., <br><br> *Defendant*. | Case No. 3:18-cv-484-HEH |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Vivek Suri respectfully requests leave of Court to withdraw his *pro hac vice* appearance as counsel for Defendant Donald J. Trump for President, Inc. (Campaign). Mr. Suri will be departing from Jones Day and thus will be unable to continue the representation. The Campaign will continue to be represented by Michael Carvin, Jeffrey Baltruzak, William Coglianese, and Nikki McArthur, also from Jones Day, all of whom have already entered appearances in this case.

Dated:   February 15, 2019       Respectfully submitted,

/s/ Nikki L. McArthur
Nikki L. McArthur (Virginia Bar No. 84174)
Vivek Suri*
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
nmcarthur@jonesday.com
vsuri@jonesday.com

* *Pro hac vice*

Counsel for Donald J. Trump for President, Inc.

1

## CERTIFICATE OF SERVICE

I certify that on February 15, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated:   February 15, 2019          /s/ Nikki L. McArthur
                                                 Nikki L. McArthur
                                                 *Counsel for Donald J. Trump for President, Inc.*