IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROY COCKRUM, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:18–CV–484–HEH |
| | ) |
| DONALD J. TRUMP FOR PRESIDENT, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**
**(Granting Defendant's Motion to Dismiss Amended Complaint)**

THIS MATTER comes before the Court on the Campaign's Motion to Dismiss the Amended Complaint (ECF No. 22). For the reasons fully stated in the accompanying Memorandum Opinion, Count I of the Amended Complaint is DISMISSED WITH PREJUDICE and Counts II–VI are DISMISSED WITHOUT PREJUDICE.

Furthermore, because the Amended Complaint is dismissed in its entirety, and there is nothing further for this Court to resolve, the Campaign's remaining Motion Regarding Privilege Logs (ECF No. 98) and the Joint Motion for Protective Order (ECF No. 103) are DENIED AS MOOT.

The Clerk is directed to send a copy of the Memorandum Opinion and Order to all counsel of record.

It is so ORDERED.

/s/
_____
Henry E. Hudson
Senior United States District Judge

Date: March 15 2019
Richmond, Virginia